**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                      CASE NO. 6:07-CR-4-ORL-19JGG

LEON BURCH, SR.

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 16, filed January 31, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Leon Burch, Sr. has entered a plea of guilty to Count One of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 8, filed January 18, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this __1st__ day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy

Case 6:07-cr-00004-PCF-GJK   Document 18   Filed 02/02/07   Page 2 of 2 PageID 36